CHARLES S. BARQUIST SBN: 133785
MASCHOFF BRENNAN
300 S. GRAND AVE., 14TH FLOOR
LOS ANGELES, CA 90071
(949) 202-1900

# UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., ET AL.<br>v.<br>TONGFANG GLOBAL INC., ET AL. | CASE NUMBER:<br>2:19-CV-01366-JAK-GJS<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. [X] summons   [ ] first amended complaint   [ ] third party complaint
   [X] complaint   [ ] second amended complaint   [ ] counter claim
   [ ] alias summons   [ ] third amended complaint   [ ] cross claim
   [X] other **SEE ATTACHED DOCUMENT LIST**

2. Person served:

   a. [X] Defendant *(name:)* **TONGFANG GLOBAL INC.**
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
   **ANDY HUANG - AGENT FOR SERVICE OF PROCESS**
   c. [X] Address where the papers were served: **6255 PROVIDENCE WAY**
   **CORONA, CA 92880**

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:

   a. [X] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [ ] By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

   1. [ ] **Papers were served on** *(date):* at *(time):*

   b. [X] By **Substituted Service.** By leaving copies: **THOMAS KUO - COORDINATOR**

   1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

   2. [X] **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

   3. [X] **Papers were served on** *(date):* **02/27/2019** at *(time):* **03:12 pm**

   4. [ ] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

   5. [X] **papers were mailed on** Feb 27, 2019 - DECLARATION OF MAILING ATTACHED

   6. [ ] **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. [ ] **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

**ASAP Legal, LLC**
404 West 4th St., Suite B
Santa Ana, CA 92701
Phone: (714) 543-5100    Fax: (714) 543-5111

Continued from Proof of Service

**CASE #:**  2:19-CV-01366-JAK-GJS                    **DATE:** February 28, 2019

**CASE NAME:**  KONINKLIJKE PHILIPS N.V., ET AL. VS. TONGFANG GLOBAL INC., ET AL.

**SERVED:**  THOMAS KUO - COORDINATOR

**summons;complaint;CIVIL COVER SHEET;  ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM; STANDING  ORDERS FOR CIVIL CASES ASSIGNED TO JUDGE JOHN A. KRONSTADT;  NOTICE OF INTERESTED PARTIES; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; KONINKLIJKE PHILIPS N.V.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1; PHILIPS NORTH AMERICA LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**


ATTORNEY SERVICES LLC

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

      Name of person served:

      Title of person served:

      Date and time of service: *(date):* at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   **CHRISTIAN CANAS**
   **ASAP Legal, LLC**
   **404 West 4th St., Suite B**
   **Santa Ana, CA 92701**
   **(714) 543-5100**

   a. Fee for service: $ **164.00**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
      Registration # :**1328**
      County: **SAN BERNARDINO**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct

I declare under penalty of perjury that the foregoing is true and correct.

Date: **February 28, 2019** _____ **CHRISTIAN CANAS** _____
                            *Type or Print Server's Name*            *(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (03/10)                                                                              PAGE 2
                                                                                          31234717

| Attorney or Party without Attorney:<br>CHARLES S. BARQUIST, SBN: 133785<br>MASCHOFF BRENNAN<br>300 S. GRAND AVE., 14TH FLOOR<br>LOS ANGELES, CA 90071<br>TELEPHONE No.: (949) 202-1900 FAX No. (Optional): (949) 453-1104<br>Attorney for: PLAINTIFFS | E-MAIL ADDRESS (Optional):<br><br>Ref No. or File No.:<br>31234717M1T | FOR COURT USE ONLY |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT - CENTRAL DISTRICT OF CALIFORNIA -

Plaintiff: KONINKLIJKE PHILIPS N.V., ET AL.
Defendant: TONGFANG GLOBAL INC., ET AL.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>2:19-CV-01366-JAK-GJS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the summons;complaint;CIVIL COVER SHEET; ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM; STANDING ORDERS FOR CIVIL CASES ASSIGNED TO JUDGE JOHN A. KRONSTADT; NOTICE OF INTERESTED PARTIES; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; KONINKLIJKE PHILIPS N.V.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1; PHILIPS NORTH AMERICA LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at SANTA ANA, California, addressed as follows:

   a. Date of Mailing: February 27, 2019
   b. Place of Mailing: SANTA ANA, California
   c. Addressed as follows: TONGFANG GLOBAL INC.
      ATTENTION: ANDY HUANG - AGENT FOR SERVICE OF PROCESS
      6255 PROVIDENCE WAY
      CORONA, CA 92880

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at SANTA ANA, California in the ordinary course of business.

Fee for Service: $ 164.00
ASAP Legal, LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
www.legalsolutionasap.com

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 28, 2019.

Signature: _____
MELISSA TEJEDA

**PROOF OF SERVICE BY MAIL**