Charles S. Barquist (CA Bar #133785)
cbarquist@mabr.com
**MASCHOFF BRENNAN LAYCOCK**
**GILMORE ISRAELSEN & WRIGHT, PLLC**
300 S. Grand Ave.
14th Floor
Los Angeles, CA 90071
Telephone: (949) 202-1900
Facsimile: (949) 453-1104

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. AND PHILIPS NORTH AMERICA LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TONGFANG GLOBAL INC., TONGFANG GLOBAL LTD., WESTINGHOUSE ELECTRONICS LLC, WESTINGHOUSE ELECTRONICS LTD., TSINGHUA TONGFANG CO., LTD., SHENYANG TONGFANG MULTIMEDIA TECHNOLOGY CO., LTD., SEIKI CORP., AND SEIKI DIGITAL, INC., <br><br> Defendants. | Case No. 2:19-cv-01366-JAK-GJS <br><br> **UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY 30 DAYS** <br><br> **Complaint Served:  February 27, 2019** <br><br> **Current Response Date: March 20, 2019** <br><br> **New Response Date: April 19, 2019** |

Plaintiffs Koninklijke Philips N.V. and Philips North America LLC hereby move for an order extending the time for Defendants Tongfang Global Inc. and Westinghouse Electronics LLC to answer or otherwise respond to the Complaint in the above-captioned case by 30 days from March 20, 2019, up to and including April 19, 2019.  Good cause exists for this extension because Tongfang Global and Westinghouse have advised plaintiffs' counsel that they are in the process of retaining outside counsel and have requested time to evaluate the claims in the case

and their possible options in answering or otherwise responding. The parties have not requested a prior extension for Tongfang Global or Westinghouse Electronics to answer or otherwise respond to the Complaint.

Dated: March 20, 2019

By: */s/ Charles S. Barquist*

MASCHOFF BRENNAN LAYCOCK GILMORE ISRAELSEN & WRIGHT, PLLC
Charles Barquist
300 S. Grand Ave.
14th Floor
Los Angeles, CA 90071
Telephone: (949) 202-1900
Facsimile: (949) 453-1104
cbarquist@mabr.com

Frank A. DeCosta, III (*pro hac vice*)
frank.decosta@finnegan.com
Aliza George Carrano (*pro hac vice*)
aliza.carrano@finnegan.com
Justin N. Mullen (*pro hac vice*)
justin.mullen@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Alexander M. Boyer (*pro hac vice*)
alexander.boyer@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

*Attorneys for Plaintiffs Koninklijke Philips N.V. and Philips North America LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on the date of filing.

DATED: March 20, 2019            By:    */s/ Charles S. Barquist*
                                                                             Charles Barquist