| | |
|---|---|
| 1 | Charles S. Barquist (CA Bar #133785) |
|   | cbarquist@mabr.com |
| 2 | **MASCHOFF BRENNAN LAYCOCK** |
|   | **GILMORE ISRAELSEN & WRIGHT, PLLC** |
| 3 | 300 S. Grand Ave., 14th Floor |
|   | Los Angeles, CA 90071 |
| 4 | Telephone: (949) 202-1900 |
|   | Facsimile: (949) 453-1104 |
| 5 | |
| 6 | Attorneys for Plaintiffs |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. AND PHILIPS NORTH AMERICA LLC, | Case No. 2:19-cv-01366-JAK-GJS |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| TONGFANG GLOBAL INC., TONGFANG GLOBAL LTD., WESTINGHOUSE ELECTRONICS LLC, WESTINGHOUSE ELECTRONICS LTD., TSINGHUA TONGFANG CO., LTD., SHENYANG TONGFANG MULTIMEDIA TECHNOLOGY CO., LTD., SEIKI CORP., AND SEIKI DIGITAL, INC., | **Complaint Served:** February 27, 2019 |
| | **Current Response Date:** March 20, 2019 |
| | **New Response Date:** April 19, 2019 |
| Defendants. | |

Plaintiffs Koninklijke Philips N.V. and Philips North America LLC ("Plaintiffs") and Defendants Tongfang Global Inc. ("Tongfang Global") and Westinghouse Electronics LLC hereby stipulate that Tongfang Global's and Westinghouse Electronics LLC's time to answer or otherwise respond to the Complaint in the above-captioned case shall be extended by 30 days from March 20, 2019, up to and including April 19, 2019. Good cause exists for this extension because Tongfang Global and Westinghouse Electronics LLC require time to evaluate the claims in the case and its possible options in answering or otherwise responding. No prior extension has been granted for Tongfang Global or Westinghouse Electronics LLC to answer or otherwise

respond to the Complaint.

Dated: March 25, 2019

By: */s/ Charles S. Barquist*
MASCHOFF BRENNAN LAYCOCK GILMORE ISRAELSEN & WRIGHT, PLLC
Charles Barquist
300 S. Grand Ave.
14th Floor
Los Angeles, CA 90071
Telephone: (949) 202-1900
Facsimile: (949) 453-1104
cbarquist@mabr.com

*Of counsel:*

Frank A. DeCosta, III (*pro hac vice*)
frank.decosta@finnegan.com
Aliza George Carrano (*pro hac vice*)
aliza.carrano@finnegan.com
Justin N. Mullen (*pro hac vice*)
justin.mullen@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Alexander M. Boyer (*pro hac vice*)
alexander.boyer@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Telephone: (571) 203-2700
Facsimile: (202) 408-4400

*Attorneys for Plaintiffs Koninklijke Philips N.V. and Philips North America LLC*

Dated: March 25, 2019

By: */s/ Nicholas J. Whilt*

Nicholas J. Whilt (S.B. #247738)
nwhilt@omm.com
O'MELVENY & MYERS LLP
400 S. Hope St.
Los Angeles, CA 90071
Telephone: (213) 430-6529
Facsimile: (213) 430-6407

*Attorneys for Defendants Tongfang Global Inc. and Westinghouse Electronics LLC*

**ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

DATED: March 25, 2019         By:   */s/ Charles S. Barquist*
                                     Charles Barquist

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on the date of filing.

DATED: March 25, 2019     By:     */s/ Charles S. Barquist*
Charles Barquist

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

4

Case No. 2:19-CV-01366