1 | Charles S. Barquist (CA Bar #133785)
　　cbarquist@mabr.com
2 | **MASCHOFF BRENNAN LAYCOCK**
　　**GILMORE ISRAELSEN & WRIGHT, PLLC**
3 | 300 S. Grand Ave., Suite 1400
Los Angeles, CA 90071
4 | Telephone: (949) 202-1900
Facsimile: (949) 453-1104
5 |
6 | Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. AND PHILIPS NORTH AMERICA LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TONGFANG GLOBAL INC., TONGFANG GLOBAL LTD., WESTINGHOUSE ELECTRONICS LLC, WESTINGHOUSE ELECTRONICS LTD., TSINGHUA TONGFANG CO., LTD., SHENYANG TONGFANG MULTIMEDIA TECHNOLOGY CO., LTD., SEIKI CORP., AND SEIKI DIGITAL, INC., <br><br> Defendants. | Case No. 2:19-cv-01366-JAK-GJS <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS TONGFANG GLOBAL INC., TONGFANG GLOBAL LTD., WESTINGHOUSE ELECTRONICS LLC, WESTINGHOUSE ELECTRONICS LTD., TSINGHUA TONGFANG CO., LTD., AND SHENYANG TONGFANG MULTIMEDIA TECHNOLOGY CO., LTD.** <br><br> District Judge: Hon. John A. Kronstadt |

STIPULATION OF DISMISSAL　　　　　1　　　　　Case No. 2:19-CV-01366

1    Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Koninklijke Philips N.V. and Philips North America LLC ("Philips") and Defendants Tongfang Global Inc., Tongfang Global Ltd., Westinghouse Electronics LLC, Westinghouse Electronics Ltd., Tsinghua Tongfang Co., Ltd., and Shenyang Tongfang Multimedia Technology Co., Ltd. (collectively, the "Tongfang Defendants") stipulate to dismiss without prejudice all claims asserted by Philips against the Tongfang Defendants in Philips' Complaint for Patent Infringement in this action.

    It is further stipulated and agreed that all costs and expenses relating to this action, including attorneys' fees and expenses, shall be borne solely by the party incurring the same.

Dated: July 22, 2019

By: */s/ Charles S. Barquist*
MASCHOFF BRENNAN LAYCOCK
GILMORE ISRAELSEN & WRIGHT, PLLC
Charles S. Barquist
300 S. Grand Ave., Suite 1400
Los Angeles, CA 90071
Telephone: (949) 202-1900
Facsimile: (949) 453-1104
cbarquist@mabr.com

*Of counsel:*

Frank A. DeCosta, III (*pro hac vice*)
frank.decosta@finnegan.com
Aliza George Carrano (*pro hac vice*)
aliza.carrano@finnegan.com
Justin N. Mullen (*pro hac vice*)
justin.mullen@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Alexander M. Boyer (*pro hac vice*)
alexander.boyer@finnegan.com
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

| | | |
|---|---|---|
| 1 | | Telephone: (571) 203-2700<br>Facsimile: (202) 408-4400 |
| 2 | | |
| 3 | | *Attorneys for Plaintiffs Koninklijke Philips N.V. and Philips North America LLC* |
| 4 | | |
| 5 | Dated: July 22, 2019 | By: */s/ Alyssa Caridis* |
| 6 | | Alyssa M. Caridis (S.B. #260103)<br>acaridis@orrick.com |
| 7 | | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 S. Figueroa St., Suite 3200 |
| 8 | | Los Angeles, CA 90017<br>Telephone:   (213) 629-2020 |
| 9 | | Facsimile:    (213) 612-2499 |
| 10 | | *Attorneys for Defendants* |
| 11 | | *Tongfang Global Inc., Tongfang Global Ltd., Westinghouse Electronics LLC,* |
| 12 | | *Westinghouse Electronics Ltd., Tsinghua Tongfang Co., Ltd., and Shenyang Tongfang* |
| 13 | | *Multimedia Technology Co., Ltd.* |

STIPULATION OF DISMISSAL        3        Case No. 2:19-CV-01366

## **ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

DATED: July 22, 2019          By:   */s/ Charles S. Barquist*
                                    Charles Barquist

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on the date of filing.

DATED: July 22, 2019     By:     /s/ Charles S. Barquist
                                  Charles Barquist