1    Charles S. Barquist (CA Bar #133785)
     cbarquist@mabr.com
2    **MASCHOFF BRENNAN LAYCOCK**
     **GILMORE ISRAELSEN & WRIGHT, PLLC**
3    300 S. Grand Ave.
     14th Floor
4    Los Angeles, CA 90071
     Telephone: (949) 202-1900
5    Facsimile: (949) 453-1104

6    Attorneys for Plaintiffs

7

8             **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10               **WESTERN DIVISION**

11    KONINKLIJKE PHILIPS N.V. AND     Case No. 2:19-cv-01366-JAK-GJS
     PHILIPS NORTH AMERICA LLC,
12                         **NOTICE OF DISMISSAL OF**
                 Plaintiffs,       **DEFENDANTS SEIKI CORP.**
13                         **AND SEIKI DIGITAL, INC.**
14        v.                      **Complaint Served:**
     TONGFANG GLOBAL INC.,          **February 27, 2019**
15    TONGFANG GLOBAL LTD.,
     WESTINGHOUSE ELECTRONICS
16    LLC, WESTINGHOUSE
     ELECTRONICS LTD., TSINGHUA
17    TONGFANG CO., LTD., SHENYANG
     TONGFANG MULTIMEDIA
18    TECHNOLOGY CO., LTD., SEIKI
     CORP., AND SEIKI DIGITAL, INC.,
19
                 Defendants.
20

21

22       Pursuant to Rule 41(a)(1)(i), Plaintiffs Koninklijke Philips N.V. and Philips

23 North America LLC hereby dismiss their Complaint against Defendants Seiki Corp.

24 and Seiki Digital, Inc., without prejudice.  Neither Defendant Seiki Corp. nor

25 Defendant Seiki Digital, Inc. has filed or served an answer, motion, or other

26 response to the Complaint in this action.

27

28

NOTICE OF DISMISSAL OF DEFENDANTS         1
SEIKI CORP. AND SEIKI DIGITAL, INC                            Case No. 2:19-CV-01366

1    Pursuant to a confidential settlement agreement between the parties, all costs

2  and expenses relating to this action, including attorneys' fees and expenses, shall be

3  borne solely by the party incurring the same.

4  Dated:  August 19, 2019                    By: */s/ Charles S. Barquist*

5                                             _____
                                             MASCHOFF BRENNAN LAYCOCK
                                             GILMORE ISRAELSEN & WRIGHT,
6                                            PLLC
                                             Charles Barquist
7                                            300 S. Grand Ave.
                                             14th Floor
8                                            Los Angeles, CA 90071
                                             Telephone: (949) 202-1900
9                                            Facsimile: (949) 453-1104
                                             cbarquist@mabr.com
10

11                                           Frank A. DeCosta, III (*pro hac vice*)
                                             frank.decosta@finnegan.com
12                                           Aliza George Carrano (*pro hac vice*)
                                             aliza.carrano@finnegan.com
13                                           Justin N. Mullen (*pro hac vice*)
                                             justin.mullen@finnegan.com
14                                           FINNEGAN, HENDERSON,
                                             FARABOW,
15                                           GARRETT & DUNNER, LLP
                                             901 New York Avenue NW
16                                           Washington, DC 20001
                                             Telephone: (202) 408-4000
17                                           Facsimile: (202) 408-4400

18                                           Alexander M. Boyer (*pro hac vice*)
                                             alexander.boyer@finnegan.com
19                                           FINNEGAN, HENDERSON,
                                             FARABOW,
20                                           GARRETT & DUNNER, LLP
                                             Two Freedom Square
21                                           11955 Freedom Drive
                                             Reston, VA 20190
22                                           Telephone: (571) 203-2700
                                             Facsimile: (202) 408-4400
23
                                             *Attorneys for Plaintiffs*
24                                           *Koninklijke Philips N.V. and*
                                             *Philips North America LLC*
25

26

27

28
   NOTICE OF DISMISSAL OF DEFENDANTS
   SEIKI CORP. AND SEIKI DIGITAL, INC            2              Case No. 2:19-CV-01366

1

**CERTIFICATE OF SERVICE**

2      The undersigned certifies that the foregoing document was filed

3  electronically in compliance with Local Rule CV-5(a). As such, this document was

4  served on all counsel who have consented to electronic service on the date of filing.

5      The undersigned certifies that the foregoing document was served on this

6  date by U.S. Mail on defendants Seiki Corp. and Seiki Digital, Inc. at the following

7  addresses:

8

9  Seiki Corp.
   12246 Colony Ave.
10 Chino, CA 91710

11

12 Seiki Digital, Inc.
   1550 Valley Vista Dr., Suite 210
13 Diamond Bar, CA 91765

14

15 DATED:  August 19, 2019          By:    */s/ Charles S. Barquist*
                                            Charles S. Barquist
16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL OF DEFENDANTS
SEIKI CORP. AND SEIKI DIGITAL, INC          3          Case No. 2:19-CV-01366